UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Q+ FOOD, LLC, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>MITSUBISHI FUSO TRUCK OF AMERICA, INC.,<br><br>                Defendant. | No. 14-cv-06046-MAS-DEA<br><br>**ORAL ARGUMENT REQUESTED** |

## MITSUBISHI FUSO TRUCK OF AMERICA, INC.'S
## NOTICE OF MOTION TO DISMISS THE COMPLAINT

        William M. McSwain (admitted *pro hac vice*)
        Michael P. Daly (NJ 03858)
        Jennifer B. Dempsey (NJ 01270)
        DRINKER BIDDLE & REATH LLP
        One Logan Square, Suite 2000
        Philadelphia, PA 19103-6996
        Phone:  215-988-2700
        Fax:  215-988-2757

        *Attorneys for Defendant Mitsubishi Fuso*
        *Truck of America, Inc.*

**MOTION DAY:  January 5, 2015**

TO: James C. Shah
Natalie Finkelman Bennett
Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah LLP
475 White Horse Pike
Collingswood, NJ  08107
Tel.:  856-858-1770
Fax:  856-858-7012
E-mail:  jshah@sfmslaw.com;
nfinkelman@sfmslaw.com

Michael D. Donovan
Donovan Axler LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Tel.:  215-732-6067
Fax:  215-732-8060
E-mail:  mdonovan@donovanaxler.com

Robert W. Murphy
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
Tel.:  954-763-8660
Fax:  954-763-8607
E-mail:  rwmurphy@lawfirmmurphy.com

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on January 5, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Mitsubishi Fuso Truck of America, Inc. will apply to the above-named Court at the Courthouse located at 402 East State Street Room 2020 Trenton, NJ  08608, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint and other such relief as the Court may deem proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the movant shall rely on the Memorandum of Law in Support of Motion to Dismiss of Defendant Mitsubishi Fuso Truck of America, Inc.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument.

                                                **DRINKER BIDDLE & REATH LLP**

Dated:  December 8, 2014      By:    /s/ Michael P. Daly
                                                        William M. McSwain (admitted *pro hac vice*)
                                                        Michael P. Daly (NJ 03858)
                                                        Jennifer B. Dempsey (NJ 01270)
                                                       One Logan Square, Suite 2000
                                                       Philadelphia, PA 19103-6996
                                                       Phone:  215-988-2700
                                                       Fax:  215-988-2757
                                                       E-mail:  william.mcswain@dbr.com;
                                                       michael.daly@dbr.com;
                                                       jennifer.dempsey@dbr.com

                                                       *Attorneys for Defendant Mitsubishi Fuso*
                                                      *Truck of America, Inc.*

## **CERTIFICATE OF SERVICE**

I, Michael P. Daly, hereby certify that on this 8th day of December, 2014, I served a true and correct copy of the foregoing Mitsubishi Fuso Truck of America, Inc.'s Notice of Motion to Dismiss the Complaint via U.S. mail and via the CM/ECF system, which sent notice of such filing to:

James C. Shah
Natalie Finkelman Bennett
Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah LLP
475 White Horse Pike
Collingswood, NJ  08107
Tel.:  856-858-1770
Fax:  856-858-7012
E-mail:  jshah@sfmslaw.com;
nfinkelman@sfmslaw.com

Michael D. Donovan
Donovan Axler LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Tel.:  215-732-6067
Fax:  215-732-8060
E-mail:  mdonovan@donovanaxler.com

Robert W. Murphy
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
Tel.:  954-763-8660
Fax:  954-763-8607
E-mail:  rwmurphy@lawfirmmurphy.com

*Attorneys for Plaintiff*

/s/ Michael P. Daly
Michael P. Daly (NJ 03858)