James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN,
 MILLER & SHAH, LLP
457 While Horse Pike
Collingswood, NJ 08107
(856) 858-1770
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Q+ FOOD, LLC; LAWRENCE BARTON d/b/a LEGEND MEATS, LLC; ENCORE PIANO & ORGAN MOVING, LLC; ALL AMERICAN MOVING AND STORAGE DELIVERY, LLC; and WEST LUMBER & BUILDING SUPPLY CORP; individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MITSUBISHI FUSO TRUCK OF AMERICA, INC.,<br><br>    Defendant. | Civ. No. 14-cv-06046-DEA<br><br>*Document electronically filed.* |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION
OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF SETTLEMENT,
AND APPROVAL OF CLASS NOTICE**

  PLEASE TAKE NOTICE that on October 20, 2016 at 2:30 p.m., or as soon thereafter as counsel may be heard, Plaintiffs will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an entry of an order preliminarily approving class action settlement.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely upon accompanying Memorandum of Law and the Declarations of James C. Shah and Carla A. Peak (and accompanying exhibits) in support of this motion.

A proposed form of Order (Exhibit 3 to the Settlement Agreement) accompanies this Notice of Motion.

Dated:  October 19, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SHEPHERD, FINKELMAN, MILLER
　　　　　　　　　　　　　　　　　　　　　 & SHAH, LLP


　　　　　　　　　　　　　　　　　　　　*s/James C. Shah*
　　　　　　　　　　　　　　　　　　　　James C. Shah
　　　　　　　　　　　　　　　　　　　　Natalie Finkelman Bennett
　　　　　　　　　　　　　　　　　　　　475 White Horse Pike
　　　　　　　　　　　　　　　　　　　　Collingswood, NJ  08107
　　　　　　　　　　　　　　　　　　　　Tel: (856) 858-1770
　　　　　　　　　　　　　　　　　　　　Fax: (866) 300-7367
　　　　　　　　　　　　　　　　　　　　E-mail:   jshah@sfmslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　nfinkelman@sfmslaw.com

　　　　　　　　　　　　　　　　　　　　Michael D. Donovan
　　　　　　　　　　　　　　　　　　　　DONOVAN LITIGATION GROUP LLC
　　　　　　　　　　　　　　　　　　　　1055 Westlakes Drive, Suite 155
　　　　　　　　　　　　　　　　　　　　Berwyn, PA  19312
　　　　　　　　　　　　　　　　　　　　Tel: (610) 647-6067
　　　　　　　　　　　　　　　　　　　　Fax: (610) 647-7215
　　　　　　　　　　　　　　　　　　　　E-mail:  mdonovan@donovanaxler.com

　　　　　　　　　　　　　　　　　　　　Robert W. Murphy
　　　　　　　　　　　　　　　　　　　　ROBERT W. MURPHY
　　　　　　　　　　　　　　　　　　　　1212 S.E. 2nd Avenue
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL  33316
　　　　　　　　　　　　　　　　　　　　Tel: (954) 763-8660
　　　　　　　　　　　　　　　　　　　　Fax: (954) 763-8607
　　　　　　　　　　　　　　　　　　　　E-Mail:  rwmurphy@lawfirmmurphy.com

　　　　　　　　　　　　　　　　　　　　Marc A. Goldich
　　　　　　　　　　　　　　　　　　　　AXLER GOLDICH LLC
　　　　　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 3600

Philadelphia, PA 19103
Tel: (267) 207-2920
E-mail: mgoldich@axgolaw.com

*Attorneys for Plaintiffs and the Class*