# Exhibit 1

**Total Hours and Lodestar**

| NAME AND STATUS | TOTAL HOURS | TOTAL LODESTAR |
|---|---|---|
| James Shah (P) | 391.20 | $ 293,400.00 |
| Natalie Finkelman Bennett (P) | 356.10 | $ 267,075.00 |
| Scott Shepherd (P) | 15.30 | $ 11,857.70 |
| Nathan Zipperian (P) | 10.7 | $ 6,955.00 |
| Rose Luzon (P) | 21.1 | $ 12,132.50 |
| Kolin Tang (A) | 33.9 | $ 16,102.40 |
| Emily Finestone (A) | 15.9 | $5,565.00 |
| Sue Moss (PL) | 36.2 | $ 7,059.00 |
| Christine Mon (PL) | 20.7 | $ 4,036.50 |
| Betsy Ferling (PL) | 12.6 | $ 2,457.00 |
| Alec Berin (PA) | 18.5 | $ 3,237.50 |
| Casey Yamasaki (PA) | 14.2 | $ 2,485.00 |
| Damian O'Sullivan (PA) | 8.5 | $ 1,487.50 |
| **Total:** | **954.90** | **$633,850.20** |