# Exhibit 2

## **MITSUBISHI EXPENSES**

| | |
|---|---:|
| Filing Fees/Process Service/Couriers | $475.00 |
| Internal Copies | $582.25 |
| Postage Overnight Delivery | $228.17 |
| Expert Costs | $5,000.00 |
| Mediation Fees | $25,383.77 |
| Computer Research | $582.94 |
| Telephone/Facsimile | $187.60 |
| Travel/Meals | $14,876.32 |
| TOTAL | $47,316.05 |