**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2017, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF filing system and, by so doing, served all counsel of record electronically.

                                                *s/James C. Shah*